UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR07-51-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| VICKI LYNN OLSON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 23, 2008. The United States was represented by Assistant United States Attorney Carl H. Blackstone, and the defendant by Jay Stansell. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy and Procurement Fraud, in violation of 18 U.S.C. § 371 and 41 U.S.C. § 423(a). On or about December 11, 2007, defendant was sentenced by the Honorable Marsha J. Pechman to a term of three (3) years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, 200 hours of community service, search and abstain from alcohol

In a Petition for Warrant or Summons, dated June 16, 2008, U.S. Probation Officer

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

Michael S. Larsen asserted the following violation by defendant of the conditions of her supervised release:

> 1) Ingesting alcohol on or about May 8, 2008, and June 6, 7, 8, and 12, 2008, in violation of the special condition that she abstain from alcohol.

The defendant was advised of her rights, acknowledged those rights, and admitted to the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation 1 and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has not been set before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been detained.

DATED this 23rd day of July, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Mr. Carl H. Blackstone
Defendant's attorney: Mr. Jay Stansell
Probation officer: Mr. Michael S. Larsen