UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR07-51-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| VICKI LYNN OLSON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 17, 2009. The United States was represented by Assistant United States Attorney Carl H. Blackstone, and the defendant by Jay Stansell. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy and Procurement Fraud, in violation of 18 U.S.C. § 371 and 41 U.S.C. § 423(a). On or about December 11, 2007, defendant was sentenced by the Honorable Marsha J. Pechman to a term of three (3) years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, 200 hours of community service, abstain from alcohol, do not enter alcohol establishments; search, 180 days of home confinement with electronic monitoring and sobrietor, and do not drive without permission of probation officer

In a Petition for Warrant or Summons, dated October 21, 2009, U.S. Probation Officer Michael S. Larsen asserted the following violations by defendant of the conditions of her supervised release:

1) Ingesting alcohol on or about July 28, 2009, in violation of the special condition that she abstain from alcohol.

2) Ingesting alcohol, on or about September 28, 2009, in violation of the special condition ordering her to abstain from alcohol use.

The defendant was advised of her rights, acknowledged those rights, and admitted to the alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on December 3, 2009 at 9:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 17th day of November, 2009.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Mr. Carl H. Blackstone
Defendant's attorney: Mr. Jay Stansell
Probation officer: Mr. Michael S. Larsen